**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1004**

_____

ERIC D. STREETER,

               Plaintiff - Appellant,

       v.

WALDEN UNIVERSITY, LLC; LAUREATE EDUCATION, INC.,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge. (1:16-cv-03460-CCB)

_____

Submitted: May 23, 2017                          Decided: May 25, 2017

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Eric D. Streeter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric D. Streeter seeks to appeal a motion filed before the Judicial Panel on Multidistrict Litigation (JPML). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The filing Streeter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. In addition, this court may review orders from the JPML only when petitioned by extraordinary writ, and then only in certain circumstances not present here. *See* 28 U.S.C. § 1407(e) (2012). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*